**No. 42240.**—Protests 468336–G, etc., of James McCreery & Co. et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551), and other items of bridal veils the same as those involved in Abstract 11620. The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42241.**—Protests 991152, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered articles and wearing apparel the same as those passed upon in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) and Normandy laces like those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430.

**No. 42242.**—Protests 719953–G, etc., of A. Olivotti & Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1939

**No. 42243.**—Protests 994329–G, etc., of Dolliff & McGrath (Boston).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise is the same as that passed upon in *Smith* v. *United States* (C. D. 18). The claim for free entry under paragraph 1796 was therefore sustained.

**No. 42244.**—Protest 898848–G of Nozaki Bros. Inc. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise is the same as that passed upon in *Nozaki* v. *United States* (C. D. 61). The boxes were therefore held not subject to duty under paragraph 408 but entitled to free entry.